

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-21-00051-CV |
| IN THE INTEREST OF: | § | Appeal from the |
| M.R.C., X.I.C., K.J.C., and K.J.C., | § | 109th District Court |
| Minor Children. | § | of Winkler County, Texas |
| | § | (TC# DC19-17683) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JUNE, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.